IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONICA ZEPEDA,<br><br>        Plaintiff,<br><br>   v.<br><br>BANK OF AMERICA CORPORATION, et al.,<br><br>        Defendants. | Case No.: C12-3098 JSC<br><br>**ORDER TO SHOW CAUSE RE: FAILURE TO PROSECUTE** |

Now pending before the Court is Defendants' Motion to Dismiss, filed June 21 2012.[1] (Dkt. No. 5.) Plaintiff has not filed an Opposition or Statement of Nonopposition to the Motion to Dismiss, as required by Local Rule 7-3(b). Accordingly, the Court hereby ORDERS Plaintiff to SHOW CAUSE as to why this action should not be dismissed for failure to prosecute. Plaintiff should file a response to the ORDER to SHOW CAUSE, along with a response to the Motion to Dismiss, on or before July 20, 2012. If no response is

---

[1] Pursuant to 28 U.S.C. § 636(c), both parties consented to the jurisdiction of a United States magistrate judge. (Dkt. Nos. 7, 9.)

received, this action may be dismissed without prejudice, pursuant to Federal Rule of Civil Procedure 41(b), for failure to prosecute.

**IT IS SO ORDERED.**

Dated:   July 9, 2012

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE

2